UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

BARBARA GREEN,

        Plaintiff,

      v.                                                                      24-CV-33 (JLS) (MJR)

GENERAL MOTORS,

        Defendant.

_____

## DECISION AND ORDER

Plaintiff Barbara Green filed a complaint in Supreme Court, Erie County on August 30, 2023, asserting a claim for retaliation for opposing discrimination in violation of the New York State Human Rights Law. *See* Dkt. 1-1. Defendant removed the action to this Court on January 8, 2024. Dkt. 1. The case has been referred to United States Magistrate Judge Michael J. Roemer for all proceedings under 28 U.S.C. §§ 636(b)(1)(A), (B), and (C). Dkt. 7.

Defendant moved for summary judgment on March 5, 2025. Dkt. 20. Plaintiff opposed the motion, Dkt. 23, and Defendant replied. Dkt. 26. On January 29, 2026, Judge Roemer issued a Report and Recommendation ("R&R") recommending that this Court grant Defendant's motion. Dkt. 28.

Plaintiff objected to the R&R. Dkt. 31. She argues that "R&R errs by: (1) misapplying the New York State Human Rights Law's ('NYSHRL') post-2019 retaliation standard, including its 'reasonably likely to deter' and 'played any part' causation standards; (2) resolving factual disputes and making impermissible

credibility determinations regarding Ms. Green's August 27, 2020 discipline; (3) discounting evidence of pretext and retaliatory animus, including disparate treatment and the record of internal reactions to Ms. Green's protected activity; and (4) improperly excluding credible evidence Ms. Green submitted in opposition to Defendant's motion." *Id.* at 5. Defendant opposed the objections, Dkt. 35, and Plaintiff replied. Dkt. 36.

A district court may accept, reject, or modify the findings or recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3). A district court must conduct a *de novo* review of those portions of a magistrate judge's recommendation to which a party objects. *See* 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(3). But neither 28 U.S.C. § 636 nor Federal Rule of Civil Procedure 72 requires a district court to review the recommendation of a magistrate judge to which no objections are raised. *See Thomas v. Arn*, 474 U.S. 140, 149–50 (1985).

This Court carefully reviewed the R&R, the objections briefing, and the relevant record. Based on its *de novo* review, the Court accepts and adopts Judge Roemer's recommendation.

For the reasons above and in the R&R, Defendant's [20] motion for summary judgment is GRANTED. The Clerk of Court shall close this case.


SO ORDERED.

Dated:          April 21, 2026
                Buffalo, New York

_____
JOHN L. SINATRA, JR.
UNITED STATES DISTRICT JUDGE

3